IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| MARK WALTERS,<br>    *Plaintiff*<br><br>v.<br><br>UNITED STATES PROBATION DEPARTMENT,<br>    *Defendant* | §§§§§§§§§§ | MO-25-CV-00427-DC |

## FINAL JUDGMENT

On this day, the Court entered an Order granting Plaintiff's Motion to Dismiss and dismissing Plaintiff's Civil Rights Complaint filed pursuant to 42 U.S.C. §1983. The Court now enters its final judgment under Rule 58 of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion to Dismiss is **GRANTED**. [docket number 14].

It is further **ORDERED** that Plaintiff's Civil Rights Complaint filed pursuant to 42 U.S.C. §1983, is **DISMISSED *WITHOUT* PREJUDICE**. [docket number 1].

It is finally **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**, with the parties bearing their own costs.

It is so **ORDERED**.

SIGNED this 30th day of September, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE